# UNITED STATES DISTRICT COURT
for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 08, 2020

SEAN F. McAVOY, CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>*Plaintiff*<br>v.<br><br>**BRYON TELLIER and**<br>**JAZZLYNN JOHNSON**<br>*Defendants* | )<br>)<br>)<br>) Case No. 2:20-MJ-00138-JTR<br>)<br>) |

# CRIMINAL COMPLAINT

I, Russell Pablo, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of April 7, 2020 in the county of Spokane in the Eastern District of Washington, the defendants violated:

*Code Section*
18 U.S.C. §§ 472, 2

*Offense Description*
*Uttering Counterfeit Obligation and Securities*

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*
Russell Pablo, United States Secret Service
*Printed name and title*

☒ Sworn to telephonically and signed electronically this 8th day of April 2020.

Date: 4-8-2020

_____
*Judge's signature*
John T. Rodgers, United States Magistrate Judge
*Printed name and title*

City and state: Spokane, Washington

