UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Johnson, Jazzlynn | Docket No. | 0980 2:20CR00053-WFN-1 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jazzlynn Johnson, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 20th day of April 2020, under the following conditions:

<u>Standard Condition #1</u>: Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within 1 business day of any charge, arrest, or contact with law enforcement.

<u>RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:</u>

<u>Violation #2:</u> The defendant is alleged to be in violation of her pretrial conditions of release by committing third degree theft (case number 2020-00028712) on September 30, 2020.

Conditions of release were reviewed and signed by the defendant in the Western District of Washington, on July 8, 2020, acknowledging an understanding of standard condition number 1.

On October 1, 2020, the below said officer received an email from supervising United States Probation Officer (USPO) Okano in the Western District of Washington, advising that on the evening of September 30, 2020, Ms. Johnson was arrested and released by Lynnwood Police Department for third degree theft. Per USPO Okano's email, USPO O'Neal in the Western District of Washington received an after-hours call from an officer with the Lynnwood Police Department, who reported Ms. Johnson was arrested, cited and released for third degree theft. According to the phone call USPO O'Neal received from the Lynnwood police officer, Ms. Johnson stole a pair of shoes and some clothing, which were recovered. The officer reported the defendant was contacted with her boyfriend. There was an assault that occurred on a Loss Prevention (LP) officer by her boyfriend before he fled. The officer reported Ms. Johnson also has a felony warrant out of Lewis County (case number 20A00978, issued on March 5, 2020);  however, they were unable to confirm the warrant as the jail refused to book her on the current theft charge.

On October 5, 2020, this officer received the police report from Lynnwood Police Department. According to the Lynnwood police report, which includes statements made by the LP officers at Nordstrom Rack, on September 30, 2020, Ms. Johnson was observed stealing multiple clothing items from different areas in the store, to include approaching a shoe fixture and selecting a pair of grey Nike shoes, removing her own shoes (pink slippers) and placing the Nordstrom-owned Nike shoes on her feet. Per the report, Ms. Johnson  then entered the fitting room with a pair of grey sweat pants and a grey vest. Upon exiting the dressing room,  the LP officer 1 observed Ms. Johnson walk  toward the front of the store. As she walked past him, he reports she stated "you need to get better at your job."  According to the report, Ms. Johnson  passed  all open and manned registers without attempting to pay for the merchandise still in her possession, and exited the store.

At that point, per the report, two additional LP officers approached Ms. Johnson outside of the store and identified themselves as Nordstrom Loss Prevention. Ms. Johnson was informed she needed to return to the store to discuss the missing merchandise. Per the report, Ms. Johnson was not compliant, so LP officer 1 attempted  to place her into wrist restraints. Ms. Johnson  began to call out "Babe help!" Shortly after, her boyfriend ran out of the store, became erratic and began yelling at LP officer 1 to let her go. LP officers 2 and 3 advised they directed her boyfriend to stay back. Per the report, the boyfriend was trying to physically intervene and made verbal threats that he was going to shoot them while reaching into a fanny pack he had around his waist. Per LP officer 2, he was able to get the fanny pack away from the boyfriend, but the

Re: Johnson, Jazzlynn
October 6, 2020
Page 2

boyfriend continued to fight with LP officer 2 and was motioning as if he were pulling a firearm out of his pants pocket. As LP officer 1 applied wrist restraint onto Ms. Johnson, the boyfriend picked up a shopping cart and threw it at LP officer 2 before fleeing. At that point, Ms. Johnson was placed in full restraints and escorted back to the Loss Prevention office. Once inside the office, according to the report, Ms. Johnson was advised she was being audio and video recorded. A metal-detecting wand was used to search her for weapons, which turned up nothing. LP officer 1 asked if she understood why she was stopped and she said something to the effect of "because I swapped out the shoes." The total of the items stolen for this incident was noted as $154.67.re

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE ALLEGATION WITH THE PENDING PETITION BEFORE THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  October 6, 2020

by  s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

October 6, 2020
Date