# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 03, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Johnson, Jazzlynn | Docket No. | 0980 2:20CR00053-WFN-1 |

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jazzlynn Johnson, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 20th day of April 2020, under the following conditions:

Additional Condition #28: The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant is restricted to her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist on behalf of the United States Probation Office prior to Defendant's departure from her residence for any reason. Defendant shall abide by all electronic monitoring program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #6: The defendant is alleged to be in violation of her pretrial release conditions by leaving her house without permission while under location monitoring/home detention on October 30, 2020.

Conditions of release were reviewed and signed by the defendant in the Western District of Washington, on July 8, 2020. On October 13, 2020, the Court ordered Ms. Johnson to be placed under a Location Monitoring Program. During the Court proceeding held on October 13, 2020, Ms. Johnson verbally acknowledged an understanding of additional condition number 28.

In the morning of October 31, 2020, the below said officer received an email from Location Monitoring Specialist (LMS) Williams in the Western District of Washington, advising that on October 30, 2020, Ms. Johnson left her home at approximately 8:30 p.m. without permission. LMS Williams forwarded this officer an email as received by him from Ms. Johnson dated October 30, 2020, stating the following: "We are heading to my storage to pick up my headset. We will be home by around 9:30 p.m. I have to take my things to storage tonight because they aren't open tomorrow. I can't just leave my whole life behind for someone else to clean up, i.e. all my belongings, my mail, and any unfinished legal things. I told you I didn't have my headset last night, I also wrote in the email before that I needed to go pick it up from where I had my job interview so I can answer and talk on the phone." Per LMS Williams, Ms. Johnson did not contact him requesting the above leave until after she had left her home. LMS Williams stated he reviewed mapping via the BI Total Access program and observed Ms. Johnson at multiple locations during her unapproved leave to include retail stores near the Tacoma Mall. LMS Williams shared, Ms. Johnson did not return home until 1 a.m. on October 31, 2020. Per LMS Williams, he made several attempts to contact Ms. Johnson via her cellular telephone, emails, and making contact with her grandmother, third party custodian, who stated she did not know where Ms. Johnson was and she was "worried." When LMS Williams confronted Ms. Johnson about leaving without permission, she stated she had spoken with her assigned counsel who approved her to leave her home and go to the storage unit. On November 2, 2020, this officer made telephone contact with LMS Williams. He stated Ms. Johnson has been told numerous times that schedule requests are to be made Monday through Friday during business hours and there is a 2-day turn around for approval. Requests not made ahead of time, or requests made on the weekends, are not approved unless it is a medical emergency.

Violation #7: The defendant is alleged to be in violation of her pretrial release conditions by allowing her Global Satellite Positing (GPS) unit to die by not charging it as directed on October 31, 2020.

Conditions of release were reviewed and signed by the defendant in the Western District of Washington, on July 8, 2020. On October 13, 2020, the Court ordered Ms. Johnson be placed under a Location Monitoring Program. During the Court proceeding held on October 13, 2020, Ms. Johnson verbally acknowledged an understanding of additional condition number 28.

On October 31, 2020, at approximately 11 a.m., this officer received an email from Location Monitoring Specialist (LMS) Williams in the Western District of Washington, advising Ms. Johnson did not charge her GPS unit this date as directed and the unit's battery was dying. According to LMS Williams, Ms. Johnson is aware she needs to charge her GPS unit in order to keep it reporting her whereabouts to LMS Williams. Per LMS Williams, the unit began to send Ms. Johnson notifications regarding "low battery" beginning at 11 a.m. According to LMS Williams, he attempted several times throughout the day to contact Ms. Johnson via her cellular telephone and emails. He also sent additional messages to her GPS unit directing her to charge the battery. Ms. Johnson did not respond to any attempts made by LMS Williams and the unit died at 10:46 p.m. Per LMS Williams, Ms. Johnson finally began charging her battery at 10:47 p.m.

<u>Violation #8</u>: The defendant is alleged to be in violation of her pretrial release conditions by removing her Global Satellite Positing (GPS) unit without permission, and failing to report for self surrender as directed by the Court by 5 p.m. on November 2, 2020.

Conditions of release were reviewed and signed by the defendant in the Western District of Washington, on July 8, 2020. On October 13, 2020, the Court ordered Ms. Johnson be placed under a Location Monitoring Program. During the Court proceeding held on October 13, 2020, Ms. Johnson verbally acknowledged an understanding of additional condition number 28.

On November 2, 2020, at 5 p.m., this officer was notified by LMS Blodgett with the Western District of Washington that Ms. Johnson had physically removed her GPS unit at 1:44 p.m. and was not responding to cellular telephone calls. LMS Blodgett stated she received a strap tamper alert during this time, meaning the GPS unit's band was severed and was no longer on Ms. Johnson's ankle. Upon review of the BI Total Access program, the GPS unit was located in the Tacoma area and had not moved since 1:44 p.m. LMS Blodgett stated she had been attempting to contact Ms. Johnson all afternoon, without success and her voice mail was full so she could not leave a message. LMS Blodgett advised she reached out to Ms. Johnson's grandmother/third party custodian who stated she had not spoken to Ms. Johnson, however, was aware she was traveling to Spokane. LMS Blodgett stated as of 5:09 p.m., Ms. Johnson's whereabouts was unknown. This officer reached out to Ms. Johnson's assigned counsel who in turn attempted to contact her. Ms. Johnson's attorney sent this officer the following email: "I tried to call and her mailbox is full. I do not have additional information to provide you or the Court at this time".

On November 3, 2020, at 7:15 a.m., this officer reviewed the Spokane County Jail inmate roster. According to their website it was last updated at 7:13 a.m. on November 3, 2020; Ms. Johnson's name was not listed as a current inmate.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE ALLEGATION WITH THE PENDING PETITION BEFORE THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: November 3, 2020

by   s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

November 3, 2020
Date