FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 20, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  -vs-<br><br>JAZZLYNN JEAN JOHNSON,<br><br>               Defendant. | No.   2:20-CR-0053-WFN-1<br><br>ORDER |

     Pending before the Court are Defendant's Motion to Alter Judgment and Motion to Delay Report Date to BOP.  ECF Nos. 299 and 300.  In her Motion to Alter Judgment, Ms. Johnson asks the Court to reconsider the term of imprisonment imposed due to her success on release while awaiting her report date to the Bureau of Prisons.  Though Ms. Johnson had a very rocky journey on pretrial release, the Court allowed her to release for the birth of her child and to care for her baby following sentencing.  To Ms. Johnson's credit, she rose to the occasion.  For the last few months she cared for her newborn while maintaining compliance with her conditions of release.  The Court congratulates Ms. Johnson on her incredible progress and ability to successfully navigate early parenthood under difficult conditions.  The Court is confident that this foundation will serve Ms. Johnson well in the future.  However, to modify a sentence the Court must have legal justification.  Unfortunately, she cites no legal basis to amend the term of incarceration so her motion must be denied.

     The Court has reviewed the file and motions and is fully informed. Accordingly,

     **IT IS ORDERED** that:

     1.  Defendant's Motion to Alter Judgment, filed January 7, 2022, **ECF No. 299**, is **DENIED**.

     2.  Defendant's Motion to Delay Report Date, filed January 13, 2022, **ECF No. 300**, is **DENIED AS MOOT**.

ORDER - 1

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 20th day of January, 2022.

01-20-22

_____
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2